IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00502-WYD-NYW

MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

LINDA ALIRES,
KATHERINE BLEA, and
THE COLORADO FUNERAL SERVICE COMPANY, a Colorado Corporation d/b/a THE SPRINGS FUNERAL SERVICES,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Amended Motion for Leave to Deposit Funds with the Court filed March 16, 2015.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Plaintiff's Amended Motion for Leave to Deposit Funds with the Court (ECF No. 9) is **GRANTED.**  In accordance therewith, it is

ORDERED that pursuant to Fed. R. Civ. P. 67 and D.C.COLO.LCivR 67.2, Plaintiff Minnesota Life Insurance Company is granted leave to deposit with the Court Registry the contracted for death benefit at issue in this interpleader action.  Pursuant to D.C.Colo.L.Civ 67.2(b) the funds will be deposited into the Court Registry Investment System interest bearing account.  Finally, in light of the foregoing, it is

ORDERED that Plaintiff's original Motion for Leave to Deposit Funds with the Court and Request for Forthwith Disposition (ECF No. 2) is **DENIED AS MOOT**.

Oated:  March 19, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge