IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00502-WYD-NYW

MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation,

　　Plaintiff,

v.

LINDA ALIRES,
KATHERINE BLEA, and
THE COLORADO FUNERAL SERVICE COMPANY, a Colorado Corporation d/b/a THE SPRINGS FUNERAL SERVICES,

　　Defendants.

# ORDER

THIS MATTER is before the Court on Plaintiff Minnesota Life Insurance Company's Unopposed Motion to Dismiss The Colorado Funeral Services Company d/b/a The Springs Funeral Services as a Defendant in this Matter Pursuant to Fed. R. Civ. P. 41(a) and 21.  Pursuant to Fed. R. Civ. P. 21 and 41(a), the court in its inherent power may drop a party or the dismiss a claim as to a single party, respectively.  *See e.g. Reetz v. Jackson*, 176 F.R.D. 412, 413 (D.D.C., 1997); *and Southern Elec. Generating Co. v. Bradley Co.*, 30 F.R.D. 135 (S.D.N.Y. 1962).  Accordingly, it is

　　ORDERED that the Unopposed Motion to Dismiss The Colorado Funeral Services Company d/b/a The Springs Funeral Services as a Defendant (ECF No. 15) is **GRANTED**.  All claims as to The Colorado Funeral Services Company d/b/a The Springs Funeral Services are **DISMISSED**, and this Defendant is dropped as a party to

this action.  All further pleadings in this matter shall reflect this dismissal and name only Ms. Alires and Ms. Blea as Defendants.

Dated:  April 7, 2015

> BY THE COURT:
>
> s/ Wiley Y. Daniel
> Wiley Y. Daniel
> Senior United States District Judge