# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00502-WYD-NYW

MINNESOTA LIFE INSURANCE COMPANY,
a Minnesota corporation,

      Plaintiff,

v.

LINDA ALIRES, and
KATHERINE BLEA,

      Defendants.

## MINUTE ORDER

      This civil action is before the court on Plaintiff's Unopposed Motion to Be Excused from Attending the Scheduling Conference ("Unopposed Motion"). [#22, filed May 6, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated March 12, 2015 [#6] and the memorandum dated May 6, 2015 [#23].

      IT IS ORDERED that the Unopposed Motion [#22] is **GRANTED**, counsel for Plaintiff is hereby excused from attending the June 3, 2015 Scheduling Conference.

DATED: May 7, 2015