IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00502-NYW

MINNESOTA LIFE INSURANCE COMPANY,
a Minnesota corporation,

      Plaintiff,

v.

LINDA ALIRES, and
KATHERINE BLEA,

      Defendants.

## ORDER OF DISMISSAL AND ATTORNEY'S FEES

Magistrate Judge Nina Y. Wang

This matter comes before the court pursuant to 28 U.S.C. § 636(c)(1) and the Order of Reference Upon Consent to Jurisdiction of Magistrate Judge dated June 9, 2015. [#30]. Pending before the court are the following:

(1)    Minnesota Life Insurance Company's ("Minnesota Life") Unopposed Motion to Dismiss with Prejudice and Unopposed Motion for Attorneys' Fees and Costs filed by Plaintiff on September 30, 2015 [#35]; and

(2)    The Parties' Stipulation and Motion for Disbursement of Funds in the Court Registry and for Dismissal With Prejudice filed on October 13, 2015 [#36].

The Parties did not file the Stipulation and Motion for Disbursement of Funds as a motion, but the court has *sua sponte* converted it to a pending motion. Based on the representations made by the Parties in each of the respective filings, the court understands that a

full and final settlement of this interpleader action has been reached by and between Linda Alires and Katherine Blea.  Accordingly, **IT IS ORDERED**:

(1) The Unopposed Motion to Dismiss with Prejudice and Unopposed Motion for Attorneys' Fees and Costs filed by Plaintiff Minnesota Life Insurance Company on September 30, 2015 [#35] is **GRANTED**;

(2) Minnesota Life is **DISMISSED** as a party to the lawsuit **WITH PREJUDICE**;

(3) The Clerk of the Court is **DIRECTED** to **DISBURSE** the amount of **$8,642.73** from the funds deposited with the registry of the Court for this matter, pursuant to a check made payable to Minnesota Life Insurance Company, with reference to Bert Blea 1078500, and will be mailed to counsel at the following address:

> Jared C. Lockwood, Esq.
> Fennemore Craig, P.C.
> 1700 Lincoln St., Ste. 2400
> Denver, CO 80203

(4) Stipulation and Motion for Disbursement of Funds in the Court Registry and for Dismissal With Prejudice [#36] is **GRANTED**, insofar as the Parties seek disbursement of funds currently held in the court's registry;

(5) The Clerk of the Court is **DIRECTED** to **DISBURSE** the amount of **$37,000.00** from the funds deposited with the registry of the Court for this matter, pursuant to a check made payable to Linda Alires, and will be sent to counsel of record for Ms. Alires at the following address:

> M. James Zendejas, Esq.
> 121 E. Vermijo Avenue, Suite 200
> Colorado Springs, Colorado 80903

(6) After disbursement to Minnesota Life and Defendant Alires, the Clerk of the Court is **DIRECTED** to **DISBURSE** the remaining amount of funds held in the registry of the Court for this matter, pursuant to a check made payable to Katherine Blea, to be sent to counsel of record for Ms. Blea at the following address:

> Steven T. Nolan, Esq.
> 1021 S. Tejon Street
> Colorado Springs, Colorado 80903

(7) Upon completion of the disbursement of funds, the Stipulation between Linda Alires and Katherine Blea will operate as matter of law as a **DISMISSAL WITH PREJUDICE** of this action and all claims between the Parties pursuant to Rule 41(a)(1)(A)(ii) and (B), as the Stipulation expressly states that such dismissal will be made with prejudice [#36 at ¶ 4]; and

(8) Each Party will bear its and her own costs and fees.

DATED: November 13, 2015                              BY THE COURT:

                                                                              s/ Nina Y. Wang
                                                                              United States Magistrate Judge